# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2838

_____

Richard Fortner,

           Appellant,

v.

Mary Dickerson; W. James Icenogle;
Deidre O'Donnell,

           Appellees.

\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.

\*   **[UNPUBLISHED]**

_____

Submitted: August 25, 1999
Filed: August 31, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Richard Fortner appeals the district court's[1] order dismissing under 28 U.S.C. § 1915(e) his 42 U.S.C. § 1983 complaint, in which Fortner alleged that defendants had improperly sentenced him, or allowed him to be sentenced, as a persistent offender under state law. Having carefully reviewed the record, we conclude

_____

[1]The HONORABLE NANETTE K. LAUGHREY, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the HONORABLE WILLIAM A. KNOX, United States Magistrate Judge for the Western District of Missouri.

the judgment of the district court is correct and affirm for the reasons the district court explained in its order.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.